IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY D. WILLIAMS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ERIKA JOHNSON,<br><br>　　　　　　　Defendants. | No. 08-CV-4085 |

**ORDER**

AND NOW, this 30th day of September, 2009, for the reasons stated in the accompanying memorandum, it is hereby ORDERED that the motion of defendant Erika Johnson to dismiss plaintiff's complaint (Docket No. 8) is GRANTED, such dismissal being without prejudice as respects plaintiff's claims against the moving defendant.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　/ s / Louis H. Pollak
　　　　　　　　　　　　　　　　　　Pollak, J.